ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
L. DIPAUL MARRERO II, ESQ.
Nevada Bar No. 012441
**VANNAH & VANNAH**
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone (702) 369-4161
Facsimile (702) 369-0104
*Attorneys for Plaintiff*

# UNITED STATES DISTICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JACOBS,<br><br>    Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:19-cv-01934-APG-EJY<br><br>**STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MICHAEL JACOBS, by and through his attorneys of record L. DIPAUL MARRERO II, ESQ. and ROBERT D. VANNAH, ESQ., of VANNAH & VANNAH, and Defendant GEICO GENERAL INSURANCE COMPANY, by and through its attorneys of record WADE M. HANSARD, ESQ., JONATHAN W. CARLSON, ESQ., and RENEE M. MAXFIELD, ESQ., of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, that Plaintiff MICHAEL JACOBS be granted an extension of time in which to file a response to Defendant GEICO GENERAL INSURANCE COMPANY's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith, which was filed on November 12, 2019. The parties stipulate to extending the time for Plaintiff's response to December 6, 2019. Plaintiff's counsel has a trial this month and will need to

devote considerable time and energy to it. This is the first stipulation for extension of time to file Plaintiff's response.

| | |
|---|---|
| Dated: November13, 2019<br><br>Vannah & Vannah<br><br><br>*/s/ L. Dipaul Marrero II, Esq*<br><br>L. DIPAUL MARRERO II, ESQ.<br>NEVADA BAR NO. 012441<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff Michael Jacobs | Dated: November 13, 2019<br><br>McCormick, Barstow, Sheppard, Wayte & Carruth LLP<br><br>*/s/ Jonathan W. Carlson, Esq*<br><br>WADE M. HANSARD, ESQ.<br>NEVADA BAR NO . 8104<br>JONATHAN W. CARLSON, ESQ.<br>NEVADA BAR NO. 10536<br>RENEE M. MAXFIELD, ESQ.<br>NEVADA BAR NO. 12814<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV 89113<br>Attorneys for Defendant Geico General Insurance Company |

**ORDER**

IT IS SO ORDERED

DATED this 14th day of November 2019

_____
UNITED STATES MAGISTRATE JUDGE

2