1  ROBERT D. VANNAH, ESQ.
   Nevada Bar No. 002503
2  L. DIPAUL MARRERO II, ESQ.
   Nevada Bar No. 012441
3  **VANNAH & VANNAH**
4  400 S. Seventh Street, Suite 400
   Las Vegas, Nevada 89101
5  Telephone (702) 369-4161
   Facsimile (702) 369-0104
6  *Attorneys for Plaintiff*

7                    **UNITED STATES DISTICT COURT**
8                         **DISTRICT OF NEVADA**
9

10 MICHAEL JACOBS,
                                            CASE NO.:   2:19-cv-01934-APG-EJY
11              Plaintiff,

12 vs.
                                            **~~PROPOSED~~ STIPULATION TO**
13 GEICO GENERAL INSURANCE COMPANY;         **CONTINUE DISCOVERY DEADLINE**
   DOES I through X, inclusive; ROE                       **DATES**
14 CORPORATIONS I through X, inclusive,
                                                     **(Second Request)**
15
                Defendants.
16

17     Plaintiff MICHAEL JACOBS, by and through his attorneys of record of the law firm
18 VANNAH & VANNAH, and Defendant GEICO GENERAL INSURANCE COMPANY, by and
19
   through its attorneys of record of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE &
20
   CARRUTH LLP, hereby file this Stipulation and Order to Continue Discovery Deadline Dates
21
22 (Second Request), specifically seeking to extend the discovery deadline one hundred twenty (120)

23 days to facilitate the taking of expert depositions.

24 / / /

25 / / /
26
   / / /
27
28

                                            1

VANNAH & VANNAH
400 S. Seventh St. 4th Floor, Las Vegas, NV 89101
Telephone (702) 369-4161 • Facsimile (702) 369-0104

PROPOSED STIPULATION AND ORDER
TO CONTINUE DISCOVERY DEADLINE
DATES (SECOND REQUEST)
CASE NO. 2:19-cv-1934

IT IS HEREBY STIPULATED AND AGREED between the parties to extend the discovery deadline of December 31, 2021; and the joint pre-trial order deadline of December 2, 2020. In accordance with Local Rule 26-4, the parties state as follows:

**I. DISCOVERY COMPLETED BY THE PARTIES:**

The parties have served their initial disclosures and rebuttal expert disclosures. Defendant propounded written discover upon Plaintiff, and Plaintiff has responded to the same. Plaintiff was deposed in this matter.

**II. DISCOVERY WHICH REMAINS TO BE COMPLETED:**

Defendant seeks to depose Plaintiff's expert witnesses and treating providers. Plaintiff seeks to depose Defendant's expert witnesses as well.

**III. REASON WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN:**

The parties participated in a non-binding mediation conducted by Justice Nancy M. Saitta (Ret.) with Advanced Resolution Management on December 23, 2021. The parties in this matter refrained from deposing expert witnesses prior to the time of the mediation in an effort to reduce costs to their clients. The case did not settle at the mediation, thus, the parties now wish to conduct additional depositions in this matter.

**IV. GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION**

As stated above, the parties refrained from deposing expert witnesses, which entails significant costs, in a good faith effort to reduce costs and potentially facilitate a settlement in this matter. Given that the parties did not settle, it is necessary for them to take additional depositions in order to

PROPOSED STIPULATION AND ORDER
TO CONTINUE DISCOVERY DEADLINE
DATES (SECOND REQUEST)
CASE NO. 2:19-cv-1934

prepare for trial. This request was not made within 21 days of the discovery deadline, as the mediation only took place eight days prior to the discovery deadline.

The ongoing COVID-19 pandemic will, more likely than not make the scheduling of depositions more difficult, thus, a one hundred twenty (120) day extension of the discovery cut-off date is a reasonable amount of time to proceed.

**V. THE CURRENT SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY:**

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be continued one hundred twenty (120) days, as follows:

A. ESTIMATE OF TIME REQUIRED FOR DISCOVERY: Pursuant to Local Rule 26-1(b)(1), and with the Court's approval, discovery shall be completed on or before April 30, 2021.

B. INTERIM STATUS REPORT: The parties shall file the interim status report required 60 days before the discovery cut-off date established by this Court, or March 1, 2021.

C. EXPERT DISCLOSURES: The parties do not agree to extend expert disclosure deadlines.

D. DISPOSITIVE MOTIONS: Unless otherwise stated herein, and the Court so orders, the date for filing dispositive motions shall be thirty (30) days after the discovery cut-off date, but not later than May 31, 2021.

E. PRETRIAL ORDER: Unless otherwise stated herein, and the Court so orders, the joint pretrial order shall be filed thirty (30) days after the date set for filing dispositive motions, but not later than June 30, 2021.

| | |
|---|---|
| Dated: February 3, 2021<br><br>Vannah & Vannah<br><br><br>/s/ L. DiPaul Marrero II_____<br><br>L. DIPAUL MARRERO II, ESQ.<br>NEVADA BAR NO. 012441<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada  89101<br>Attorneys for Plaintiff Michael Jacobs | Dated: February 3, 2021<br><br>McCormick, Barstow, Sheppard, Wayte & Carruth LLP<br><br>/s/ Jonathan W. Calrson_____<br><br>WADE M. HANSARD, ESQ.<br>NEVADA BAR NO . 8104<br>JONATHAN W. CARLSON, ESQ.<br>NEVADA BAR NO. 10536<br>RENEE M. MAXFIELD, ESQ.<br>NEVADA BAR NO. 12814<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV 89113<br>Attorneys for Defendant Geico General Insurance Company |

**ORDER**

IT IS SO ORDERED

DATED this 3rd day of February 2021

_____
UNITED STATES MAGISTRATE JUDGE

4