# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JACOBS, | Case No.: 2:19-cv-01934-APG-EJY |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 22] |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 27),

I ORDER that defendant GEICO Casualty Company's motion to dismiss **(ECF No. 22) is DENIED as moot**.

DATED this 30th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE