1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     *jonathan.carlson@mccormickbarstow.com*
5  Renee M. Maxfield
   Nevada Bar No. 12814
6    *renee.maxfield@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
8  Facsimile:     (702) 949-1101

9  Attorneys for GEICO GENERAL INSURANCE
   COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JACOBS, | Case No. 2:19-cv-01934-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GEICO GENERAL INSURANCE COMPANY; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

Case No. 2:19-cv-01934-APG-EJY
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Re: <u>Jacobs v. GEICO, et al.</u>
Case No. 2:19-cv-01934-APG-EJY

Each party will bear their own costs and attorneys' fees.

DATED this 21st day of May, 2021

                                  VANNAH & VANNAH

                              By      /s/ L. Dipaul Marrero II
                                      Robert D. Vannah, Nevada Bar No. 002503
                                      L. Dipaul Marrero II, Nevada Bar No. 012441
                                      400 S. Seventh Street, Suite 400
                                      Las Vegas, Nevada 89101
                                      Tel. (702) 369-4161

                                      Attorneys for Plaintiff

DATED this 21st day of May, 2021

                                McCORMICK, BARSTOW, SHEPPARD,
                                WAYTE & CARRUTH LLP

                              By      /s/ Jonathan W. Carlson
                                      Wade M. Hansard, Nevada Bar No. 8104
                                      Jonathan W. Carlson, Nevada Bar No. 10536
                                      Renee M. Maxfield, Nevada Bar No. 12814
                                      8337 West Sunset Road, Suite 350
                                      Las Vegas, Nevada 89113
                                      Tel. (702) 949-1100

                                      Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of May, 2021

                                      UNITED STATES DISTRICT JUDGE